**DISMISS; and Opinion Filed November 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00639-CV

## VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

### V.

## JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04688**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Schenck

By order of September 23, 2015, we granted appellants' counsel's motion to withdraw. Because a corporation may only appear through an attorney, we directed appellants in that same order to file a notice designating new counsel within thirty days. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We cautioned appellants that failure to timely obtain new counsel would result in dismissal of the appeal without further notice. To date, however, appellants have not designated new counsel or

otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150639F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VILLAGE CRESTMONT HOUSTON USA, L.L.C. AND WEST CRESTMONT HOUSTON USA, L.L.C., Appellants

No. 05-15-00639-CV V.

JOSE J. GAITAN, INDIVIDUALLY AND D/B/A EC & J REMODELING & PAINTING, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-08108.
Opinion delivered by Justice Schenck. Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Jose J. Gaitan, Individually and d/b/a EC & J Remodeling & Painting recover his costs, if any, of this appeal from appellant Village Crestmont Houston USA, L.L.C. and West Crestmont Houston USA, L.L.C.

Judgment entered this 10th day of November, 2015.